UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
RUIHONG XING,

        Plaintiff,

- against -

UNITED STATES CITIZENSHIP AND
IMMIGRATION SERIVICES,

        Defendant.
-------------------------------------------------------------X

**ORDER**
24-CV-2502 (JAM)

JOSEPH A. MARUTOLLO, United States Magistrate Judge:

Plaintiff's application to proceed *in forma pauperis* under 28 U.S.C. § 1915 is granted. The Clerk of Court is directed to issue a summons against Defendant, and the United States Marshals Service is directed to serve the summons, complaint, and a copy of this Order upon the Defendant without prepayment of fees.

SO ORDERED.

                                                              */s/ Joseph A. Marutollo*
                                                              JOSEPH A. MARUTOLLO
                                                              United States Magistrate Judge

Dated: May 6, 2024
       Brooklyn, New York